

FAX FILED
February 08, 2021

STATE OF LOUISIANA
PARISH OF TANGIPAHOA   1|18|2022
I, _Detrice A. Myers_ do hereby certify that this document is a true and correct copy of the original thereof, consisting of __5__ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 3733
_D. Myers_
DEPUTY CLERK

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

## STATE OF LOUISIANA

NO. 2021 - 0000 390          DIVISION: D

### ERNEST YAMBOR AND LINDA YAMBOR

**Versus**

### SUN REUNION LAKE RV LLC d/b/a REUNION LAKE RV RESORT

FILED: February 09, 2021                    _Marquita Ray_
                                            DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioners, **ERNEST YAMBOR and LINDA YAMBOR,** persons of the full age of majority and domiciled in the State of Ohio, who respectfully represent the following:

I.

Made defendant herein is:

A. **SUN REUNION LAKE RV LLC (d/b/a REUNION LAKE RV RESORT)("REUNION LAKE"),** a foreign limited company authorized to do and doing business in the State of Louisiana.

II.

This Honorable Court has jurisdiction over this defendant as defendant is doing business in, and purposefully availing itself of the laws of, the State of Louisiana. Venue is proper in this court under La. C.C.P. art. 74, as the accident leading to this litigation occurred in Ponchatoula, LA.

III.

Said defendant is indebted unto Petitioners for the following reasons to-wit:

IV.

On or about February 14, 2020, Petitioner, **ERNEST YAMBOR**, was a guest at **REUNION LAKE,** located at 43234 LA-445, Ponchatoula, LA 70454, with his wife **LINDA YAMBOR.**

V.

On the above-referenced date, Petitioner, **ERNEST YAMBOR**, used the bathroom and



shower facilities provided by **REUNION LAKE.**

VI.

Mr. Yambor, aged 72 at the time of loss, required the assistance of a walker on the date in question.

VII.

As Petitioner was in the shower stall, he slipped and fell due to the slippery condition of the tile floor, causing injury.

VIII.

At all times material herein, defendant, **REUNION LAKE,** owned and/or operated the shower facilities which Petitioner utilized. Further, it is alleged that **REUNION LAKE** exercised care, custody and control of said shower facilities.

IX.

Defendant, **REUNION LAKE,** knew, or in the exercise of reasonable care should have known, of the dangerous condition of the tile floors in the shower presented and did nothing to remedy the hazard, even though it was foreseeable that an individual such as Petitioner could be injured due the condition of the tile floors.

X.

The shower facilities designated for use by individuals such as Petitioner, **ERNEST YAMBOR,** lacked basic safety precautions that would have prevented him from slipping, such as anti-slip strips on the floor or a handle or railing for disabled guests to hold themselves up. The lack of these measures is in violation of the Americans with Disabilities Act, which states in pertinent part that places of public accommodations "shall maintain in operable working condition those features of facilities and equipment that are required to be readily accessible to and usable by persons with disabilities." *28 CFR § 36.211.*

XI.

Petitioners further aver that said incident and all injuries and damages sustained therefrom were caused solely and entirely by the negligence and/or fault of Defendant, **REUNION LAKE,** in that Defendant:

a. Failed to Maintain the premises as required by the Americans with Disabilities Act

b.  Failed to maintain equipment as required by the Americans with Disabilities Act;

c.  Failed to warn guests of known dangerous / hazardous conditions, vices, and / or defects;

d.  Placing guests in a perilous situation by failing to enact proper disability precautions;

e.  Failure to correct a known hazardous condition, vice, or defect;

f.  Failure to protect guests from a known dangerous situation;

g.  Failure to keep the interior of the disability accommodations in a safe condition; and

h.  Any and all other acts of negligence which will be learned through discovery.

## XII.

As a result of the accident, Petitioner, **ERNEST YAMBOR**, sustained various injuries, including, but not limited to a bruised, bleeding, and concussed head, bruising to his arms and torso, and bruising to his tail bone. The injuries described herein required **ERNEST YAMBOR** to seek medical treatment and incur medical costs.

## XIII.

Petitioner, **ERNEST YAMBOR**, also incurred certain losses and expenses including, but not limited to, the requirement that the Plaintiff use a wheelchair as a result of his injuries.

## XIV.

As a result of the accident, Petitioner, **ERNEST YAMBOR**, has sustained or will sustain the following non-exclusive damages:

a.  Past, present, and future physical pain and suffering;

b.  Past, present, and future mental anguish;

c.  Past, present, and future medical expenses; and

d.  Any and all other claims of damages that are reasonable in the premises.

## XV.

Furthermore, as a result of the accident, Petitioner, **LINDA YAMBOR**, sustained a loss of consortium with her husband **ERNEST YAMBOR**, including, but not limited to a loss of affection, society, and companionship, among other things.

## XVI

Petitioner avers amicable demand to no avail.

**WHEREFORE,** Petitioners, **ERNEST YAMBOR and LINDA YAMBOR,** pray Defendants, **SUN REUNION LAKE RV LLC d/b/a REUNION LAKE RV RESORT,** be duly cited and served with a copy of this Petition for Damages, and after all legal delays and due proceedings are had herein, there be judgment in favor of Petitioner, for all general and equitable relief for an amount as is reasonable in the premises and against Defendant together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted,

**MIKE BRANDNER INJURY ATTORNEYS**

MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
KEITH M. ACCARDO, JR. (La. Bar 39100)
JASMYN M. SOLDATOS (La. Bar 39508)
3621 Veterans Memorial Blvd.
Metairie, LA 70002
Telephone: (504) 345-1111
Facsimile: (504) 521-7550
Email: mbrandner@mikebrandner.com
Email: skoloski@mikebrandner.com
Email: kaccardo@mikebrandner.com
Email: jsoldatos@mikebrandner.com

**PLEASE SERVE:**

**SUN REUNION LAKE RV LLC**
Through their registered agent for service:
National Registered Agents, Inc.
3867 Plaza Tower Dr.
Baton Rouge, LA, 70816

**21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

NO. 2021-0000 39 0          DIVISION: 

**ERNEST YAMBOR AND LINDA YAMBOR**

versus

**SUN REUNION LAKE RV LLC d/b/a REUNION LAKE RV RESORT**

FILED: February 09, 2021          _____

DEPUTY CLERK

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes your Petitioners herein, **ERNEST YAMBOR and LINDA YAMBOR** pursuant to La. C.C.P. Articles 1572, 1913, and 1914, who asks this Court for written notice ten (10) days in advance of the date fixed for the hearing of any exception, motion, rule, or trial on the merits, in the captioned proceeding. Furthermore, Petitioner requests immediate notice of all interlocutory and final orders on any judgments, exceptions, motions, rules, and/or of the trial on the merits in the captioned.

Respectfully submitted

**MIKE BRANDNER INJURY ATTORNEYS**

MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
KEITH M. ACCARDO, JR. (La. Bar 39100)
JASMYN M. SOLDATOS (La. Bar 39508)
3621 Veterans Memorial Blvd.
Metairie, LA 70002
Telephone: (504) 345-1111
Facsimile: (504) 521-7550
Email: mbrandner@mikebrandner.com
Email: skoloski@mikebrandner.com
Email: kaccardo@mikebrandner.com
Email: jsoldatos@mikebrandner.com

WHEREFORE, Petitioners, **ERNEST YAMBOR and LINDA YAMBOR**, pray Defendants, **SUN REUNION LAKE RV LLC d/b/a REUNION LAKE RV RESORT**, be duly cited and served with a copy of this Petition for Damages, and after all legal delays and due proceedings are had herein, there be judgment in favor of Petitioner, for all general and equitable relief for an amount as is reasonable in the premises and against Defendant together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted,

**MIKE BRANDNER INJURY ATTORNEYS**

MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
KEITH M. ACCARDO, JR. (La. Bar 39100)
JASMYN M. SOLDATOS (La. Bar 39508)
3621 Veterans Memorial Blvd.
Metairie, LA 70002
Telephone:  (504) 345-1111
Facsimile:  (504) 521-7550
Email: mbrandner@mikebrandner.com
Email: skoloski@mikebrandner.com
Email: kaccardo@mikebrandner.com
Email: jsoldatos@mikebrandner.com

**PLEASE SERVE:**

**SUN REUNION LAKE RV LLC**
Through their registered agent for service:
National Registered Agents, Inc.
3867 Plaza Tower Dr.
Baton Rouge, LA, 70816

# CITATION

**ERNEST YAMBOR, ET AL**

*Versus*

**SUN REUNION LAKE RV LLC, ET AL**



Case: 2021-0000390
Division: D
21ˢᵗ Judicial District Court
Parish of Tangipahoa
State of Louisiana

MD

To:  SUN REUNION LAKE RV LLC
THRU THEIR REGISTERED AGENT FOR SERVICE:NATIONAL REGISTERED AGENTS INC.
3867 PLAZA TOWER DR
BATON ROUGE , LA  70816


Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default. .

This service was ordered by attorney KEITH M. ACCARDO  and was issued by the Clerk of Court on February 9, 2021.

<u>Pleading Served</u>

PETITION FOR DAMAGES, REQUEST FOR NOTICE

*Marguita yOpn*
_____
*Deputy Clerk of Court for*
*Gary T. Stanga, Clerk of Court*

_____

<u>**Service Information**</u>

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE**:_____.

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

*Service      $_____*

*Mileage     $_____          By: _____*
                                  *Deputy Sheriff*
*Total        $_____*

[ FILE ]                                    **PREPAID**

# CITATION

**ERNEST YAMBOR, ET AL**

*Versus*

**SUN REUNION LAKE RV LLC, ET AL**



Case: 2021-0000390
Division: D
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

MD

To:   SUN REUNION LAKE RV LLC
      THRU THEIR REGISTERED AGENT FOR SERVICE:NATIONAL REGISTERED AGENTS INC.
      3867 PLAZA TOWER DR
      BATON ROUGE , LA 70816

Parish of EAST BATON ROUGE

   **YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

*This service was ordered by attorney KEITH M. ACCARDO  and was issued by the Clerk of Court on February 9, 2021.*

<u>Pleading Served</u>

PETITION FOR DAMAGES, REQUEST FOR NOTICE

*Marguita YOpm*
_____
*Deputy Clerk of Court for*
*Gary T. Stanga, Clerk of Court*

---

<u>Service Information</u>

*Received on the _____ day of _____, 20 _____ and on the _____ day of _____, 20 _____ served the above named party as follows:*

**Personal Service** *on the party herein named* _____.

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____

Returned:
Parish of _____        *this* ___ *day of* ___

Service     $ _____

Mileage    $ _____

Total        $ _____

*By:* _____
*Deputy Sheriff*

I made service on the named party through the
☑ CT Corp
☐ LA Corp & Registered Agent Services

FEB 2 5 2021

by tendering a copy of this document to
☐ Abby Sarmiento                  ☐ Brenna Beauregard
☑ Ashley Minvielle                 ☐ Allison Reed

**DEPUTY BRYAN SIMMONS**
_____
Deputy Sheriff, Parish of East Baton Rouge

SCANNED
BC

**PREPAID**

[ ORIGINAL ]